# EXHIBIT B

# Congress of the United States
## Washington, DC 20510

January 24, 2022

Mr. Jeffrey Zients
COVID-19 Response Team Coordinator
The White House
1600 Pennsylvania Ave., NW
Washington, D.C. 20500

Dear Mr. Zients:

The current surge in COVID-19 cases fueled by the Omicron variant continues to put incredible strain on our health care system, particularly the supply of desperately needed hospital staff, including nursing staff. The situation has affected every state and every corner of the nation, challenging hospitals' ability to care for their patients due to these dire workforce concerns. The persistent strain of the pandemic has required many hospitals to rely on nurse-staffing agencies to supply urgently needed staff to care for the increasing number of patients.

We are writing because of our concerns that certain nurse-staffing agencies are taking advantage of these difficult circumstances to increase their profits at the expense of patients and the hospitals that treat them. We urge you to enlist one or more of the federal agencies with competition and consumer protection authority to investigate this conduct to determine if it is the product of anticompetitive activity and/or violates consumer protection laws.

The situation is urgent and the reliance on temporary workers has caused normal staffing costs to balloon in all areas of the country. We have received reports that the nurse staffing agencies are vastly inflating price, by two, three or more times pre-pandemic rates, and then taking 40% or more of the amount being charged to the hospitals for themselves in profits. We have heard the amounts charged to hospitals rose precipitously as the newest wave of the COVID-19 crisis swept the nation and the agencies seemingly seized the opportunity to increase their bottom line. But, this is not the first time the agencies have engaged in this sort of conduct. As the first wave of COVID-19 swept the nation in 2020, they similarly inflated their prices to hospitals. Hospitals have no choice but to pay these exorbitant rates because of the dire workforce needs facing hospitals around the country.

Thank you for your attention to the matter, these costs are simply unsustainable for many health systems across the country. We urge you to ensure that this issue gets the attention from the federal government it merits to protect patients in dire need of life-saving health care treatment and prevent conduct that is exacerbating the shortage of nurses and straining the health care system. We look forward to your response.

Sincerely,

_____           _____
PETER WELCH                          H. MORGAN GRIFFITH
Member of Congress                   Member of Congress

## List of Signatories

Robert B. Aderholt  
Pete Aguilar  
Rick W. Allen  
Colin Allred  
Mark Amodei  
Jake Auchincloss  
Don Bacon  
Nanette Diaz Barragán  
Karen Bass  
Joyce Beatty  
Cliff Bentz  
Sanford D. Bishop, Jr.  
Lisa Blunt Rochester  
Suzanne Bonamici  
Mike Bost  
Carolyn Bourdeaux  
Brendan F. Boyle  
Shontel Brown  
Ted Budd  
Michael C. Burgess, M.D.  
Cheri Bustos  
Tony Cárdenas  
Mike Carey  
Earl L. "Buddy" Carter  
Troy A. Carter  
Matt Cartwright  
Ed Case  
Kathy Castor  
Liz Cheney  
Judy Chu  
David N. Cicilline  
Katherine Clark  
Yvette D. Clarke  
Emmanuel Cleaver II  
Michael Cloud  
Steve Cohen  
Tom Cole  
Jim Cooper  
Jim Costa  
Joe Courtney  
Eric A. "Rick" Crawford  
Charlie Crist  
Jason Crow  
Henry Cuellar  
Sharice L. Davids  
Danny K. Davis  
Madeleine Dean  
Peter A. DeFazio  
Rosa DeLauro  
Lloyd Doggett  
Mike Doyle  
Neal P. Dunn, M.D.  
Tom Emmer  
Veronica Escobar  
Dwight Evans  
Randy Feenstra  
A. Drew Ferguson IV  
Brian Fitzpatrick  
Lizzie Fletcher  
Ruben Gallego  

John Garamendi  
Andrew R. Garbarino  
Mike Garcia  
Bob Gibbs  
Carlos A. Gimenez  
Jared Golden  
Jimmy Gomez  
Anthony Gonzalez  
Vincente Gonzalez  
Paul A. Gosar, D.D.S.  
Josh Gottheimer  
Sam Graves  
Al Green  
Raul M. Grijalva  
Glenn Grothman  
Michael Guest  
Josh Harder  
Jahana Hayes  
Brian Higgins  
French Hill  
Ashley Hinson  
Richard Hudson  
Ronny L. Jackson, M.D.  
Bill Johnson  
Eddie Bernice Johnson  
Henry C. "Hank" Johnson  
John Joyce, M.D.  
Marcy Kaptur  
John Katko  
Fred Keller  
Daniel T. Kildee  
Andy Kim  
Ron Kind  
Adam Kinzinger  
Raja Krishnamoorthi  
Ann McLane Kuster  
Doug LaMalfa  
James R. Langevin  
John B. Larson  
Robert E. Latta  
Jake LaTurner  
Brenda L. Lawrence  
Al Lawson  
Teresa Leger Fernández  
Debbie Lesko  
Mike Levin  
Ted W. Lieu  
Billy Long  
Alan Lowenthal  
Frank D. Lucas  
Blaine Luetkemeyer  
Tom Malinowski  
Nicole Malliotakis  
Lucy McBath  
Betty McCollum  
A. Donald McEachin  
James P. McGovern  
David B. McKinley, P.E.  
Jerry McNerney  
Peter Meijer  

Grace Meng  
Dan Meuser  
Marianette Miller-Meeks, M.D.  
Barry Moore  
Joseph D. Morelle  
Seth Moulton  
Markwayne Mullin  
Gregory F. Murphy, M.D.  
Jerrold Nadler  
Grace F. Napolitano  
Joe Neguse  
Donald Norcross  
Tom O'Halleran  
Ilhan Omar  
Steven M. Palazzo  
Jimmy Panetta  
Chris Pappas  
Bill Pascrell, Jr.  
Donald M. Payne, Jr.  
Scott H. Peters  
Dean Phillips  
Chellie Pingree  
Ayanna Pressley  
Mike Quigley  
Jamie Raskin  
Kathleen M. Rice  
Mike D. Rogers  
John Rose  
Deborah K. Ross  
David Rouzer  
Lucille Roybal-Allard  
C.A. Dutch Ruppersberger  
Bobby L. Rush  
Tim Ryan  
Maria Elvira Salazar  
Linda T. Sánchez  
John P. Sarbanes  
Mary Gay Scanlon  
Adam Schiff  
Brad Schneider  
Kurt Schrader  
Austin Scott  
David Scott  
Terri A. Sewell  
Brad Sherman  
Mike Simpson  
Albio Sires  
Alissa Slotkin  
Jackie Speier  
Greg Stanton  
Elise Stefanik  
Thomas R. Suozzi  
Eric Swalwell  
Claudia Tenney  
Glenn "GT" Thompson  
Mike Thompson  
Dina Titus  
Paul Tonko  
Lori Trahan  
David Trone

| | | |
|---|---|---|
| Michael R. Turner | Tim Walberg | Nikema Williams |
| David G. Valadao | Michael Waltz | Robert J. Wittman |
| Jeff Van Drew | Bonnie Watson Coleman | Steve Womack |
| Filemon Vela | Bruce Westerman | Don Young |
| Ann Wagner | Susan Wild | |